UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KEITH MILLS, *pro se*,

                 Plaintiff,

-against-

HUMAN RESOURCES ADMINISTRATION
MEDICAL ASSISTANCE PROGRAMS
HOME CARE SERVICE,

                 Defendant.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 2273 (DLI)

      A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 22, 2008, dismissing the complaint with prejudice for failure to state a claim upon which relief may be granted; denying the request for leave to amend; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the complaint is dismissed with prejudice for failure to state a claim upon which relief may be granted; that the request for leave to amend is denied; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and *in forma pauperis* status is denied for the purpose of an appeal.

Dated: Brooklyn, New York
       June 23, 2008

S/RCH

_____
ROBERT C. HEINEMANN
Clerk of Court